CSD 2044 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Ronald E. Stadtmueller, #140720
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131
(858) 564-9310
ronstadtmueller@aol.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
D&J's F&B, Inc dba Martini's Above Fourth

Bankruptcy No. 20-05181-LT7

Debtor,

**APPLICATION TO EMPLOY AUCTIONEER**

The undersigned respectfully represents that:

1. Your applicant is the duly appointed and qualified Trustee of the estate of the above-named debtor.

2. Your applicant wishes to employ the following named person as Auctioneer in this case: [Name and Address]

    Fischer Auction Co., Inc, 1426 N. Magnolia Ave, El Cajon, CA  92020

3. It is necessary to employ an auctioneer because: business judgment dictates public auction is appropriate

4. The property to be sold consists of [general description]:  Type 47 Liqour License and Liquor Inventory

5. The estimated proceeds from this auction will be $40,000.00

6. The proposed Auctioneer is competent and equipped to perform the auctioneering services required by the estate.

7. In addition to conducting the auction, the proposed Auctioneer will also perform the following services:

8. The Auctioneer has agreed to perform services for $_____ [or 10_____ percent of gross sales] commission, which amount is reasonable compensation for such services, plus expenses not to exceed the following amount. [itemize]:
 Total of expenses not to exceed $4500 and A 10% Buyer's Premium to be charged to all buyers, an additional 2% will be charged to all buyers and paid to Proxibid for online bidding services, an additional 3% will be charged to all buyers paying with a credit card.  Escrow will be split 50/50 between buyer and seller.

9. The attached is the verified statement required of the proposed Auctioneer under Local Bankruptcy Rule 6005-1.

10. The employment of an Auctioneer to sell the property is in the best interests of the estate and all the creditors.

**WHEREFORE,** your applicant prays for authorization to employ the Auctioneer named above in paragraph 2 as Auctioneer, that compensation be fixed and expenses be authorized in the amounts shown above in paragraph 8; and for such other and further relief as the Court may deem proper.

DATED: November 13, 2020                                   /s/ Ronald E. Stadtmueller
                                                                                  Trustee

CSD 2044

Ronald E. Stadtmueller, Trustee
10755 Scripps Poway Parkway, #370
San Diego, CA  92131

Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| In re:                 )<br>D & J's F&B Inc.         )<br>                        )<br>                        ) | Bankruptcy Case No:  20-05181-LT7<br><br>    DECLARATION OF<br>    DISINTEREST BY<br>    AUCTIONEER |

I, Jeff Bloom, do hereby declare and state as follows:

1. I am an adult individual and am competent to make this declaration.
2. I am a licensed auctioneer.  I make this declaration in support of the trustee's application to employ Fischer Auction Company to act as auctioneer in the above referenced case.
3. To the best of my knowledge, Fischer Auction Company is a "disinterested person" with respect to the debtor within the meaning of Section 101(14) of the Bankruptcy Code.
4. To the best of my knowledge, neither I nor anyone at Fischer Auction Company holds or represents any interest materially adverse to the debtor or to the estate, with respect to the matter in which Fischer Auction Company is to be employed.
5. Fischer Auction Company has no connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.
6. We charge all bidders a 10% Buyer's Premium. We charge all bidders an additional 2% buyer's premium for online bidding services which is paid to Proxibid. We charge all bidders an additional 3% buyer's premium if paying with a credit card
7. We have no ownership in Proxibid and all items are sold through Proxibid

 I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed on this 9th day of November, 2020 at San Diego, California

(s)  _____
Jeff Bloom, *Auctioneer*

# Fischer Auction Co. Inc.

**(619) 590-2828**

1426 N. Magnolia Ave – El Cajon – CA 92020     Fax:   (619) 590-0744

November 13, 2020

Ronald E. Stadtmueller, Trustee
10755 Scripps Poway Parkway, #370
San Diego, CA   92131

RE: D&J's F&B, Inc
BK# 20-05181-LT7

Dear Mr. Stadtmueller:

We have reviewed these assets of D&J's F&B

Type 47 Liquor License and Liquor Inventory.

Fischer Auction Company could conduct a Public Online Auction of these assets under the following terms:

- A 10% Buyer's Premium to be charged to the buyer and retained by the auctioneer.
- License Renewal due Nov 30th 2020/ permit fees not to exceed $2,000
- An expense allowance for marketing not to exceed $1,500
- Labor for liquor pick up and storage not to exceed $1,000
- For a total of expenses not to exceed $4,500
- Escrow will be split 50/50 between buyer and seller.

Fischer Auction Company, Inc. could conduct a public online auction on Tuesday, January 12th, 2021 at 10am with a preview inspection on Tuesday, January 12th, 2021 at 9am. At our offices located at 1426 N. Magnolia Ave. El Cajon, CA 92020. Online auction access available via
http://fischerauctions.proxibid.com

I expect the gross proceeds of the sale to be approximately $40,000.

We look forward to the opportunity to be of service to you.

Sincerely,

Fischer Auction Co. Inc.

*Jeff Bloom*

(s)  Jeff Bloom

**APPRAISERS * COMMERCIAL AUCTIONEERS * LIQUIDATORS**